

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-21-00036-CR |
| State, | § | Appeal from the |
| v. | § | 112th District Court |
| SATDIEL JEREMY DOMINGUEZ, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-3968-112-CR) |
| | § | |

## O RDER

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **November 27, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Adrian Valadez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before November 27, 2021.

IT IS SO ORDERED this 27th day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.